# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| JASON R. MORSE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 05-169-P-S |
| | ) |
| UNITED STATES OF AMERICA, et al., | ) |
| | ) |
| | ) |
| Defendant. | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 4) filed September 9, 2005, the Recommended Decision is affirmed.

The Complaint (Docket No. 1) is DISMISSED for failure to state any cognizable claim.

  /s/ George Z. Singal
Chief United States District Judge

Dated this 28th day of September, 2005.